**United States District Court**
For the Northern District of California

1

2

3                  UNITED STATES DISTRICT COURT

4                 NORTHERN DISTRICT OF CALIFORNIA

5                        OAKLAND DIVISION

6

7   GRAYSON J. CROCKER,

8              Plaintiff,                    No. C 10-5364 PJH (PR)

9       vs.                                  **ORDER EXTENDING TIME**

10  Doctor CURTIS and RN SHIRLEY, West
    County Detention Facility; RN CARA
11  and Nurse COURTNEY, Martinez
    Detention Facility,
12
             Defendants.
13  _____/

14         This is a civil rights case filed pro se by a prisoner at the Contra Costa Jail, Martinez

15  Detention Facility.  The clerk sent plaintiff a notice that his application to proceed in forma

16  pauperis ("IFP") was defective because he had failed to "attach a copy of his prisoner trust

17  account statement showing transactions for the last six months."  A copy of the court's form

18  for applications to proceed in forma pauperis was provided with the notice, along with a

19  return envelope.

20         Petitioner has filed a new application for leave to proceed IFP and also has written to

21  the court.  In both documents he says that the Martinez Detention Center does not maintain

22  records covering a period beyond the current month.  In his letter he says that he

23  repeatedly asked the "module deputy" for the statement, but was told that the jail does not

24  provide statements beyond the current month and that their computer does not even have

25  a printer.

26         The new IFP application includes a statement signed by a deputy saying that

27  plaintiff's current balance is $0.38.  No statement covering transactions for the past six

28  months is attached.

1    When a prisoner applies for leave to proceed IFP, he or she is required by statute to

2    provide a statement of transactions for the six months preceding the date the complaint

3    was filed.  28 U.S.C. § 1915(a)(2).  The court has received many lawsuits from prisoners at

4    the Contra Costa Jail and some from prisoners at the Martinez Detention Facility, where

5    plaintiff is housed, that included the required statement.  It clearly is possible to obtain such

6    a document.  The court also is aware that the Contra Costa Jail has a procedure for written

7    grievances; plaintiff does not say that he employed it to find out how to obtain the required

8    statement.  Plaintiff must use all available procedures to attempt to obtain the statement.

9    For these reasons, the time for plaintiff to provide the required statement is

10   **EXTENDED** to a date thirty days from the entry of this order (the date the clerk has

11   stamped on the first page).  If he is unable to obtain it in that time, he may file a statement

12   signed under penalty of perjury detailed the efforts he made to obtain the statement and the

13   results.  If he does not either respond or pay the $350 filing fee within the time allowed, the

14   case will be dismissed.

15   **IT IS SO ORDERED.**

16   Dated:  December 20, 2010.    _____

17                                               PHYLLIS J. HAMILTON
                                                 United States District Judge

18

19

20

21

22

23

24

25

26

27

28   P:\PRO-SE\PJH\CR.10\CROCKER5364.EXT.wpd

**United States District Court**
For the Northern District of California