United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

GRAYSON J. CROCKER,

    Plaintiff,

vs.

Doctor CURTIS and RN SHIRLEY, West County Detention Facility; RN CARA and Nurse COURTNEY, Martinez Detention Facility,

    Defendants.
                              /

No. C 10-5364 PJH (PR)

**ORDER OF DISMISSAL**

    This is a civil rights case filed pro se by a state prisoner. Mail that the clerk sent to plaintiff at his last known address has been returned by the postoffice as undeliverable. Plaintiff has not provided a current mailing address.

    More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

    **IT IS SO ORDERED.**

Dated: March 22, 2011.

                                              PHYLLIS J. HAMILTON
                                              United States District Judge

P:\PRO-SE\PJH\CR.10\CROCKER5364.DSM-mail.wpd